# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

STEPHEN DAVIS,

        Plaintiff,

v.                                        Civil Action No. 3:15cv135
                                              (Groh)

R. VON BLANCHENSEE, et al.,

        Defendants.

## ORDER NOTIFYING PLAINTIFF OF DISMISSAL

On December 7, 2015, Plaintiff filed a complaint which appears to challenge his sentence calculation by the Bureau of Prisons and seeks as relief, among other things, monetary damages. The complaint is not on a court-approved form. Despite that, for administrative purposes, the Clerk of Court has docketed Plaintiff's complaint as a Bivens action. However, because Plaintiff refers to sentence calculation, it is possible that he intended to file a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**Because the pleading is not on a court-approved form, the Court is required to give Plaintiff notice that it is striking his pleading.** See Local Rule Prisoner Litigation Procedure ("LR P. L.P.") 3.4.7.

The Court further advises Plaintiff and gives him an additional notice that it will **deny the Complaint and dismiss this action without prejudice within thirty (30) days from the date of this notice,** because Plaintiff has not complied with the Local Rules of Prisoner Litigation Procedure by filing his case on court-approved forms. See LR PL P. 3 and 31.2; LR Civ. P 41.01.

1

**Therefore, if Plaintiff wishes to pursue this action, within 30 days, or by Wednesday, January 6, 2016, he must re-file his Complaint on a court-approved form.** See LR PI P 3.1 and LR PL P 31.2[1] **This case will then be closed, and a new case opened at that time.**

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court shall send Plaintiff this Court's packet for filing a Federal Civil Rights Complaint (Bivens Action) and for filing a habeas petition pursuant to 28 U.S.C. § 2241. Plaintiff may file one or both.

2. The Clerk of Court is directed to hold the instant action in abeyance until Plaintiff re-files his action on the court-approved forms provided, then the instant matter will be **DENIED and DISMISSED without prejudice** and a new case opened.

3. Upon receipt of Plaintiff's pleadings on court-approved forms, or after 30 days, this matter will be **STRICKEN** from the active docket of the court.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATE: December 7, 2015.

*s/ Robert W. Trumble*
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of Court will provide Plaintiff with the appropriate forms.